IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODNEY WESTON**                                                                             **PLAINTIFF**
ADC #132833

v.                      Case No. 5:13-cv-00270-KGB/HDY

**KELLI SHAVERS** *et al.*                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 31). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff Rodney Weston's claims against defendants Randy Watson and Moses Jackson, III, are dismissed with prejudice, and Mr. Watson and Mr. Jackson are removed as party defendants.

SO ORDERED this the 2nd day of July, 2014.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE