IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODNEY WESTON**  **PLAINTIFF**
**ADC #132833**

v.   Case No. 5:13-cv-00270-KGB/HDY

**KELLI SHAVERS** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the Orders that were entered on this day and on July 2, 2014, it is considered, ordered, and adjudged that plaintiff Rodney Weston's claims against defendant Kelli Shavers are dismissed without prejudice and that Mr. Weston's claims against defendants Randy Watson and Moses Jackson, III, are dismissed with prejudice.  The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ADJUGDED this the 8th day of December, 2014.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE